# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYWEE GROUP LTD., <br><br> *Plaintiff,* <br><br> MOTOROLA MOBILITY LLC, <br><br> *Defendant.* | CASE NO. _____ <br><br><br> JURY TRIAL DEMANDED |

## PLAINTIFF'S RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff CyWee Group Ltd. ("CyWee"), by and through the undersigned attorneys, makes the following disclosures:

1. CyWee does not have a parent corporation, and

2. No publicly held corporation owns 10% or more of CyWee's stock.


Dated: June 16, 2017

Respectfully submitted,

*/s/ Stamatios Stamoulis*

**STAMOULIS & WEINBLATT LLC**
Stamatios Stamoulis (#4606)
stamoulis@swdelaw.com
Richard C. Weinblatt (#5080)
weinblatt@swdelaw.com

Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, Delaware 19809
Telephone: (302) 999-1540

Michael W. Shore (Texas 18294915)
Alfonso G. Chan (Texas 24012408)
Christopher Evans (Texas 24058901)
Ari B. Rafilson (Texas 24060456)
Paul T. Beeler (Texas 24095432)

SHORE CHAN DEPUMPO LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone (214) 593-9110
Facsimile (214) 593-9111

Counsel for Plaintiff