IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYWEE GROUP LTD., | CASE NO. 1:17-cv-00780-RGA |
| *Plaintiff,* | **JOINT STATUS REPORT** |
| v. | JURY TRIAL DEMANDED |
| MOTOROLA MOBILITY LLC, | |
| *Defendant.* | |

Pursuant to the Court's oral order dated December 21, 2020, Plaintiff CyWee Group Ltd. ("CyWee Group") and Defendant Motorola Mobility LLC respectfully submit the following joint status report:

In the instant case, CyWee asserts infringement of claims 1, 3–5, 14–17, and 19 of U.S. Patent No. 8,441,438 ("the '438 patent"), and claims 10 and 12 of U.S. Patent No. 8,552,978 ("the '978 patent"). On January 14, 2019, the Court stayed this action pending final resolution (including appeals) of IPR2018-01257 and IPR2018-01258 filed by Google LLC (the "Google IPRs").

As shown in the table below, on January 9, 2020, the PTAB held that the claims subject to the Google IPRs are invalid:

| Asserted Patent | IPR Case No. | Claims Held Invalid |
|---|---|---|
| 8,441,438 | IPR2018-01258 | 1, 3–5 |
| 8,552,978 | IPR2018-01257 | 10, 12 |

CyWee appealed the PTAB's final written decisions in the Google IPRs to the Federal Circuit and those appeals (Case Nos. 2020-1565, 2020-1567) are currently pending. Oral argument has been scheduled for January 4, 2021.

Asserted claims 14–17 and 19 of the '438 patent are not subject to the Google IPRs. Those claims are however subject to an IPR filed by ZTE (the "ZTE IPR"), as shown in the table below:

| Asserted Patent | IPR Case No. | Instituted Claims |
|---|---|---|
| 8,441,438 | IPR2019-00143 | 1, 4, 5, 14–17, 19 |

Additionally, amended claims are proposed in the ZTE IPR. Oral argument took place on November 18, 2020. On November 4, 2020, the PTAB issued an order in the ZTE IPR, which adjusted the due date for it to issue a final written decision to January 18, 2021.

Dated: December 28, 2020

Respectfully submitted:

| STAMOULIS & WEINBLATT LLC | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ *Stamatios Stamoulis* | /s/ *David E. Moore* |
| Stamatios Stamoulis #4606 | David E. Moore (#3983) |
| stamoulis@swdelaw.com | dmoore@potteranderson.com |
| Richard C. Weinblatt #5080 | Bindu A. Palapura (#5370) |
| weinblatt@swdelaw.com | bpalapura@potteranderson.com |
| Two Fox Point Centre | Stephanie E. O'Byrne (#4446) |
| 6 Denny Road, Suite 307 | sobyrne@potteranderson.com |
| Wilmington, DE 19809 | Hercules Plaza, 5th Floor |
| Tel: (302) 999-1540 | 1313 N. Market Street |
|  | Wilmington, DE 19801 |
| Michael W. Shore (Texas 18294915) | Tel: 302) 984-6000 |
| Alfonso G. Chan (Texas 24012408) |  |
| Christopher Evans (Texas 24058901) | Stephen M. Hankins |
| Ari B. Rafilson (Texas 24060456) | RILEY SAFER HOLMES & CANCILA LLP |
| William D. Ellerman (Texas 24007151) | 456 Montgomery Street, Floor 16 |
| Paul T. Beeler (Texas 24095432) | San Francisco, CA 94101 |
| SHORE CHAN DEPUMPO LLP | Tel: (415) 275-8550 |
| 901 Main Street, Suite 3300 |  |
| Dallas, Texas 75202 | *Attorneys for Motorola Mobility LLC* |
| Telephone (214) 593-9110 |  |
| Facsimile (214) 593-9111 |  |

*Attorneys for Plaintiff CyWee Group Ltd.*